1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   ERIC DAVIDSON,                          CASE NO. 1:12-cv–01665-BAM PC

10                    Plaintiff,            ORDER GRANTING PLAINTIFF'S REQUEST
                                            TO   AMEND   TITLE   OF   ACTION   AND
11        v.                                DIRECTING   THE   CLERK'S   OFFICE   TO
                                            AMEND DOCKET
12   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND REHABILITATION,        (ECF No. 5)
13   et al.,,

14                    Defendants.

15   _____/

16

17        Plaintiff Eric Davidson is a state prisoner proceeding pro se in this civil rights action pursuant

18   to 42 U.S.C. § 1983.  This action was filed on October 11, 2012.  (ECF No. 1.)  On October 19,

19   2012, Plaintiff filed a request for leave to amend the title of this action.  (ECF No. 5.)

20        Plaintiff requests that the title of this action be amended to Eric Davidson v. Felix Chavez,

21   et al.  The Court shall grant Plaintiff's request.

22        Accordingly, Plaintiff's request for leave to amend the title of this action, filed October 19,

23   2012, is GRANTED.  The Clerk's Office is directed to amend the title of this action to Eric

24   Davidson v. Felix Chavez, et al.

25

26        IT IS SO ORDERED.

27   Dated:    **October 22, 2012**          _____/s/ **Barbara A. McAuliffe**_____
                                            UNITED STATES MAGISTRATE JUDGE

28

1