# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DAVIDSON, | CASE NO. 1:12-cv–01665-BAM PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO AMEND TITLE OF ACTION AND DIRECTING THE CLERK'S OFFICE TO AMEND DOCKET |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,, | (ECF No. 5) |
| Defendants. | |

_____/

Plaintiff Eric Davidson is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was filed on October 11, 2012.  (ECF No. 1.)  On October 19, 2012, Plaintiff filed a request for leave to amend the title of this action.  (ECF No. 5.)

Plaintiff requests that the title of this action be amended to Eric Davidson v. Felix Chavez, et al.  The Court shall grant Plaintiff's request.

Accordingly, Plaintiff's request for leave to amend the title of this action, filed October 19, 2012, is GRANTED.  The Clerk's Office is directed to amend the title of this action to Eric Davidson v. Felix Chavez, et al.

IT IS SO ORDERED.

Dated:   __October 22, 2012__          _____/s/ **Barbara A. McAuliffe**_____
                                        UNITED STATES MAGISTRATE JUDGE

1